IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 623-012 |
| | ) | |
| JOSE MIGUEL MARRERO | ) | |
| JACQUELINE CHRISTMAS | ) | |

**O R D E R**

Before the Court is the government's Motion to Amend/Correct the Indictment, in which the government seeks to correct the serial number for one of the firearms identified in Counts Two, Three, Five of the Indictment and Forfeiture Allegation. (Doc. no. 68.) Upon consideration, the Court **GRANTS** the motion. (Id.) The government shall file a corrected indictment that fixes the above-noted ministerial error as a stand-alone entry on the docket within seven days of this Order.[1]

SO ORDERED this 18th day of October, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Requiring the filing of a corrected indictment as a stand-alone entry bearing the signature of the applicable government attorney is the standard practice followed by this Court in such circumstances. See, e.g., United States v. Strickland, CR 121-076, doc. nos. 13, 19, 20; United States v. Gunn, CR 120-014, doc. nos. 36, 38, 41; United States v. Hill, CR 114-028, doc. nos. 18, 19, 20.