IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 623-012 |
| | ) | |
| JOSE MIGUEL MARRERO | ) | |
| JACQUELINE CHRISTMAS | ) | |

**O R D E R**

Because the only co-defendant has notified the Court of a plea agreement, (doc. no. 80), Defendant Christmas's Motion to Sever, (doc. no. 57), is **DENIED WITH THE RIGHT REFILE** in the event the co-defendant does not follow through with a guilty plea at his change of plea hearing. As referenced in the parties' Joint Status Report, all remaining pretrial motions referred to the undersigned have been satisfied or otherwise resolved, (doc. no. 73), therefore, these motions are **MOOT**. (Doc. nos. 35-36, 58-67.)

SO ORDERED this 29th day of December, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA